QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Margret M. Caruso (Bar No. 243473)
  Cheryl A. Galvin (Bar No. 252262)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HANGINOUT, INC, | CASE NO. 13-CV-2811 AJB NLS |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| vs. | |
| GOOGLE INC., | |
| Defendant. | |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:

3  PLEASE TAKE NOTICE THAT Defendant Google Inc. ("Google") hereby
4  withdraws the document filed on March 21, 2014 as Docket No. 31, titled
5  Objections to Evidence. Google discussed the substance of the objections in its
6  Opposition to Hanginout, Inc.'s Motion for Preliminary Injunction, filed as Docket
7  No. 30, and stands by them. Google withdraws this document to reduce the burden
8  of the Court having to address the separately filed document.

DATED: March 24, 2014         Respectfully submitted,

/s/ Margret M. Caruso
Margret M. Caruso
Cheryl A. Galvin
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP

Attorneys for Defendant Google Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2014, I will cause to be filed the foregoing **NOTICE OF WITHDRAWAL** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to counsel for Plaintiff Hanginout, Inc.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Margret M. Caruso
Margret M. Caruso
Attorneys for Defendant Google Inc.
margretcaruso@quinnemanuel.com